

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2024

No. 04-24-00506-CV

Brenda **KING**,
Appellant

v.

**CLARK, MALOUF & WHITE, LLP** and Florida Fine Cars, Inc. (CARVIX),
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV03996
Honorable Cesar Garcia, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.  Costs are taxed against appellant Brenda King.

It is so **ORDERED** on September 11, 2024.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2024.

Luz Estrada, Chief Deputy Clerk